**UNTIED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| MARTINEZ HERNANDEZ HENDRYT | CIVIL ACTION NO. 26-3497 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| RIVER CORRECTIONAL CENTER, ET AL. | MAGISTRATE JUDGE GALE |

**MEMORANDUM ORDER**

Before the Court is a Magistrate Appeal (Record Document 10) filed by Federal Respondents. Federal Respondents object under Rule 72(a) to the Magistrate Judge's discovery order requiring production of "documents requested by the Petitioner contemporaneously with the filing of their Response to Petition." Record Document 8 at 1. For the reasons set forth below, the Magistrate Appeal (Record Document 25) is **GRANTED** and Magistrate Judge Gale's discovery order (Record Document 8) is **VACATED** because it is improper as a matter of law.

Magistrate Judge Gale's discovery order is a non-dispositive matter. This action is not listed in 28 U.S.C. § 636(b)(1)(A) as one of the dispositive motions that a magistrate judge may not conclusively decide. An order on a non-dispositive matter from the magistrate judge must be upheld unless it is clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1)(A) & Fed. R. Civ. P. 72(a); see also Castillo v. Frank, 70 F.3d 382, 385 (5th Cir. 1995). The Court will review the Magistrate Judge's legal conclusions *de novo* and will review his factual findings for clear error. See Bedingfield v. Deen, No. 09-369, 2011 WL 1044397, at *1 (W.D. La. Mar. 18, 2011).

The Court has conducted a thorough review of the discovery order and finds – as submitted by Federal Respondents – that such order is improper. Discovery in a habeas

proceeding is governed by Rule 6 of the Rules Governing § 2254 Cases. See Bracy v. Gramley, 520 U.S. 899, 908–09, 117 S. Ct. 1793, 1799 (1997). Rule 6 requires a showing of good case, meaning "specific allegations" showing that if the facts were fully developed, petitioner may be entitled to relief. Id. Here, Magistrate Judge Gale provided no specific allegations and no explanation as to how the Petitioner's request for documents is necessary for resolving any cognizable issue under Section 2241. The discovery order is incompatible with the narrow scope of discovery in a summary habeas proceeding. Therefore, the discovery order (Record Document 8) is **VACATED** because it is improper as a matter of law, and Federal Respondents' Magistrate Appeal (Record Document 10) is **GRANTED**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, on this the 10th day of November, 2026.

S. Maurice Hicks, Jr.
United States District Judge